UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESAU BURROUGHS, | : |
| Petitioner, | : |
| v. | : No. 2:99-cv-01746 |
| ANDY DOMOVICH, *Superintendent SCI Pittsburgh*; THE DISTRICT ATTORNEY OF THE COUNTY OF PENNSYLVANIA LYNN ABRAHAM; THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA MIKE FISHER, ESQUIRE; and THE DISTRICT ATTORNEY FOR PHILADELPHIA COUNTY, | : |
| Respondents. | : |

**O R D E R**

And now, this 10th day of August, 2016, for the reasons set forth in the accompanying Memorandum Opinion issued this day, **IT IS ORDERED** as follows:

1. The Court construes Petitioner's "Motion to Vacate Order Denying Habeas Corpus Relief Pursuant to Fed.R.Civ.Proc. Rule 60(b)(6)", ECF No. 18, as a request for authorization to file a second or successive application for a writ of habeas corpus. *See* 28 U.S.C. § 2244(b)(3). On that basis, the Clerk of Court shall **TRANSFER** his Motion to the United States Court of Appeals for the Third Circuit for consideration.[1]

---

[1] *See* 28 U.S.C. § 1631.

1

2. The Clerk of Court shall close this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge